■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK JONES, Appellant. [803 NYS2d 911]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (J. Goldberg, J.), rendered October 24, 2002, convicting him of murder in the second degree and criminal possession of a weapon in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that consolidation of two indictments was improper is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Peters*, 242 AD2d 930 [1997]; *People v Mc-Fadden*, 232 AD2d 660 [1996]; *People v Minor*, 49 AD2d 828 [1975]). In any event, the defendant was not prejudiced by the consolidation (*see People v Peters, supra*).

Moreover, the defendant's contentions that the prosecutor's summation comments denied him a fair trial are either unpreserved for appellate review (*see* CPL 470.05 [2]), without merit, or constituted harmless error in light of the overwhelming evidence of the defendant's guilt (*see People v Crimmins*, 36 NY2d 230 [1975]).

The defendant was not denied the effective assistance of counsel (*see People v Baldi*, 54 NY2d 137 [1981]). S. Miller, J.P., Krausman, Goldstein and Covello, JJ., concur.